[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-11895
Non-Argument Calendar

_____

D.C. Docket No. 6:13-cr-00222-CEH-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAMION RASHAAD CARDER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 23, 2015)

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Damion Carder, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant

to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our

independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.    Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carder's conviction and sentence are **AFFIRMED**.